**Order entered July 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00710-CV

### IN THE INTEREST OF: T.N.A., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1094-W-304**

## ORDER

Appellant Tara Alston has informed the Court that she wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel April E. Smith to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Smith to provide this Court, within 15 days of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **AUGUST 28, 2014**.

We **DIRECT** the Clerk to send copies of this order by electronic transmission, to the Honorable William A. Mazur, Jr., Presiding Judge, 304th District Court of Dallas County; Gary Fitzsimmons, Dallas County District Clerk; Kelly Pelletier, official court reporter, 304th District Court of Dallas County; and Ms. April E. Smith.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Tara Alston, 1409 E. Loop 12 #309, Irving, TX 75061.


/s/      KERRY P. FITZGERALD
JUSTICE